UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIANNE MATTERA,

                    Plaintiff,

-against-

H.R.A. PROTECTIVE SERVICES FOR
ADULTS, et al.,

                    Defendants.
-----------------------------------------------------------------X

JUDGMENT
00-CV- 5295 (DLI)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 07 2005 ★

BROOKLYN OFFICE

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 1, 2005, dismissing the case without prejudice for failure to prosecute; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered dismissing the case without prejudice for failure to prosecute.

Dated: Brooklyn, New York
        July 05, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court